152 A.3d 757

**GIBSON–WATTS**

v.

**THOMPSON**

**Pet. Docket No. 337, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

(No. 24–C–16–003673, Circuit Court for Baltimore City.)

Petition for writ of certiorari denied

■

152 A.3d 757

**GILES, James**

v.

**STATE of Maryland**

**Pet. Docket No. 486, Sept. Term, 2016**

Court of Appeals of Maryland.

January 23, 2017

Opinion of the Court of Special Appeals unreported (No. 1766, Sept. Term, 2012)

Petition for writ of certiorari dismissed